You get 1 card BALANCE 5 BOX JUDGE BROWN SHOW THE CRIME.

THESE ARE FRAUD THAT IS ONGOING, AGAINST MY FAMILY

THESE ACTION OF FRAUD HAS BEEN A GREAT BURDEN ON OUR LIVEHOOD, AS THE POLICE REPORT STATE THAT THE EXTREME HARDSHIP HAS PUT USE IN A TROUBLE DANGER OF OUR LIVE ROFF, WALL, WIND, FIRE FROM PLUG THIS OCCUR SENSE 5-16-19 WITH NO TO HELP ME, 12-14-2022

ALSO JUGDE BROWN AND STATE WORK SENT ME TO AHSIY RICH OFFICE BECAUSE ALL R MOST OF OUR INCOME WAS STOLENS BECAUSE OF IDENTITY WAS USE BY SOME ONE ELSE THEY R STILL HOLD MY KID FROM SCHOOL BECAUSE THEY HAVE MY KID ATTENDING A TEXAS SCHOOL WHICH IS NOT TRUE

HOUSING FIRST Also MS. RHODNA AND Mitchell Rise My RENT Before SS gave US A Incease, Also these SAME TWO WAS trying FAlse Rise My RENT threw the FOOD STAMP REPORT which there SUPERVISOR MR. ED STOP them, I Also that to BoTH He MR Mitchell about THIS ON SEVERAl OCCASSION HOUSE AS HABITAL is MAKE A UNINHABITAL REPORT STATE 1-26-2022, which the Police Also WAS SHOT At twice Still NO ONE HElP FROM MoBile Police
M22r07-02541

1675 Knollwood Drive   Charles [signature]
489 APT
MoBile AL 36609   251/452-2495

HOUSING FIRST — FRAUD
NAVIGATOR CREDIT UNION — FRAUD
PNC = FRAUD
MOBILE COUNTY SCHOOL (HOLDING THEM OUT)
SS GROUP LLC