**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| CHARLES R. DIXON, | : |
| Plaintiff, | : |
| vs. | :   CA 22-0038-JB-MU |
| HOUSING FIRST, et al., | : |
| Defendants. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(I)(B) and dated April 19, 2022 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 10th day of May, 2022.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE